**W. E. CONWAY, Appellant,**

v.

**Adrain MASON, Appellee.**

Court of Appeals of Kentucky.

Oct. 28, 1955.

Rehearing Denied March 23, 1956.

---

Raymond Connell, Paris, Lovel H. Liles, Greenup, for appellant.

Jack R. Kibbey, Vanceburg, for appellee.

## PER CURIAM.

This is a motion for an appeal from a judgment of approximately $700 in favor of the plaintiff in an action to recover under a farm-tenancy contract. We have considered the plaintiff's contentions that the trial was improperly held at a special term of court; that the judgment was contrary to the evidence, instructions and verdict; and that there was error in the admission and exclusion of evidence. We find no prejudicial error.

The motion for appeal is overruled and the judgment stands affirmed.